AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| CHRISTIN A. WRIGHT and KATHY L. BREIWICK, on behalf of themselves and all others similarly situated,<br><br>V.<br><br>MEDTRONIC, INC.; ARTHUR D. COLLINS, JR.; WILLIAM A. HAWKINS; VICTOR J. DZAU; SHIRLEY ANN JACKSON; DENISE M. O'LEARY; JEANPIERRE ROSSO; JACK W. SCHULER; RICHARD H. ANDERSON; ROBERT C. POZEN; DAVID L. CALHOUN; JAMES T. LENEHAN; KENDALL J. POWELL; GARY ELLIS; TERRY CARLSON; WARREN WATSON; DAVID NESS; GARY LUBBEN; KATIE SYZMAN; CAROL A. MCCORMICK; THE COMPENSATION COMMITTEE; THE QUALIFIED PLAN COMMITTEE; THE MEDTRONIC, INC. BOARD OF DIRECTORS, and JOHN DOES 1-10, | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number:  09-cv-443 PJS/AJB |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendants' motion to dismiss plaintiffs' third amended complaint [Docket No. 48] is GRANTED.
2. Plaintiffs' third amended complaint [Docket No. 45] is DISMISSED WITH PREJUDICE.

| January 5, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/  Katie Thompson |
| (By) | Katie Thompson   Deputy Clerk |